IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 4:09CV3093 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| U.S. BANK, JANE/JOHN DOE, several unknown employees thereof, JENNIFER NELSON, #1541 Omaha Police Officers, JEFFREY M.J. KOZENY, #1662 Omaha Police Officers, and JOHN J. SWANSON, #1044 Omaha Police Officers, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff Billy Tyler, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 6). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

June 2, 2009.                                    BY THE COURT:

                                                                                       s/ Joseph F. Bataillon
                                                                                       Chief United States District Judge